JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN HERRERA,<br><br>          Petitioner,<br><br>         v.<br><br>W.L. MONTGOMERY, Warden,<br><br>          Respondent. | Case No. LA CV 17-00724-VBF (SP)<br><br>**FINAL JUDGMENT** |

    Final judgment is hereby entered in favor of the respondent and against petitioner Bryan Herrera.

O

Dated: March 31, 2021

                                                 /s/ Valerie Baker Fairbank
                                        _____
                                        HONORABLE VALERIE BAKER FAIRBANK
                                        Senior UNITED STATES DISTRICT JUDGE